NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATION UPGRADES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5098

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-788, Senior Judge John P. Wiese.

---

## ON MOTION

---

## ORDER

Upon consideration of Creation Upgrades, Inc.'s motion for a 45-day extension of time, until August 26, 2010, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

For The Court

JUL 15 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Efron, Esq.
    Michael D. Austin, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK